```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

CORONE REID, et al.            :        CIVIL ACTION
                               :
         v.                    :
                               :
TEMPLE UNIVERSITY HOSPITAL     :        NO. 17-2197
EPISCOPAL CAMPUS, et al.       :

<u>ORDER</u>

AND NOW, this 6th day of November, 2017, for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that the partial motion of defendants to dismiss the amended complaint (Doc. # 9) is GRANTED in part as follows:

(1)  all counts are dismissed as to defendant Temple University;

(2)  Count I, "Race Discrimination Under The Civil Rights Act of 1866" on behalf of plaintiff Reid, is dismissed as to defendants Clara Galati, Pedro Miazzo, and William Dubin;

(3)  Count II, "Retaliation Under The False Claims and Dodd-Frank Acts" on behalf of plaintiff Reid, is DISMISSED;

(4)  Count III, "Breach of Common Law Fiduciary Duty" on behalf of plaintiff Reid, is DISMISSED;

(5)  Count IV of the amended complaint, "Race Discrimination Under The Civil Rights Act of 1866" on behalf of plaintiff Odey, is DISMISSED to the extent it purports to bring a claim for discrimination on the basis of national origin under 42 U.S.C. § 1981; and

(6) the motion to dismiss is otherwise DENIED.

BY THE COURT:


<u>/s/ Harvey Bartle III</u>
J.