IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CORONE REID, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TEMPLE UNIVERSITY HOSPITAL, INC., et al. | : | NO. 17-2197 |

ORDER

AND NOW, this 14th day of February, 2019, after a telephone conference with counsel and for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED pursuant to Rule 26(c)(1) of the Federal Rules of Civil Procedure that:

(1) the motion of defendants for a protective order is GRANTED;

(2) plaintiffs' counsel is precluded from taking depositions in this case in his home; and

(3) all future depositions shall be taken at a suitable professional location.

BY THE COURT:

/s/ Harvey Bartle III
                              J.