IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CORONE REID, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TEMPLE UNIVERSITY HOSPITAL | : | |
| INC., et al. | : | NO. 17-2197 |

ORDER

AND NOW, this 27th day of February, 2019, for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that the motion of defendants for a protective order regarding plaintiffs' proposed Rule 30(b)(6) topics (Doc. # 43) is GRANTED in part and DENIED in part as follows:

(1) the motion is DENIED as to topics D.6-D.9;

(2) the motion is otherwise GRANTED; and

(3) plaintiffs, after conferring with defendants, may serve an amended notice of deposition under Rule 30(b)(6) of the Federal Rules of Civil Procedure which is consistent with the accompanying memorandum.

BY THE COURT:

/s/ Harvey Bartle III
J.