IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CORONE REID, et al.         :       CIVIL ACTION
                            :
        v.                  :
                            :
TEMPLE UNIVERSITY HOSPITAL  :
INC., et al.                :       NO. 17-2197

ORDER

AND NOW, this 22nd day of May, 2019, for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

(1) the motion of defendants for discovery sanctions (Doc. # 67) is GRANTED;

(2) plaintiff Donny Odey is precluded from asserting any claim at trial that his prostate condition and related surgery were caused by or otherwise related to any action by defendants; and

(3) counsel for Odey shall pay $500 to defendants' counsel for their reasonable expenses and attorneys' fees incurred in preparing the motion for discovery sanctions. Such payment shall be made on or before June 4, 2019 and counsel for Odey shall promptly file a declaration that the payment has been made.

BY THE COURT:


/s/ Harvey Bartle III
                                                    J.