IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CORONE REID, et al. | : | CIVIL ACTION |
| v. | : | |
| TEMPLE UNIVERSITY HOSPITAL INC., et al. | : | NO. 17-2197 |

## ORDER

AND NOW, this 15th day of August, 2019, for the reasons set forth in the accompanying memoranda, it is hereby ORDERED that the motion of defendants Temple University Hospital, Inc., Erik Dutko, and Barbara Gennello for summary judgment against plaintiff Corone Reid (Doc. # 76) is GRANTED.

BY THE COURT:

/s/ Harvey Bartle III
J.