IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CORONE REID, et al.           :     CIVIL ACTION
                              :
         v.                   :
                              :
TEMPLE UNIVERSITY HOSPITAL    :
INC., et al.                  :     NO. 17-2197

ORDER

AND NOW, this 15th day of August, 2019, for the reasons set forth in the accompanying memoranda, it is hereby ORDERED that:

(1) the motion of defendants Temple University Hospital, Inc. and Yasser Al-Khatib for summary judgment against plaintiff Donny Odey (Doc. # 75) is GRANTED; and

(2) the motion of defendants Temple University Hospital, Inc. and Yasser Al-Khatib to strike the declaration of Donny Odey (Doc. # 97) is DENIED as moot.

BY THE COURT:


/s/ Harvey Bartle III
                                                    J.